UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00106-RJC-DSC

| | |
|---|---|
| MALCOLM WIENER, ) ) Plaintiff, ) ) v. ) ) AXA EQUITABLE LIFE INSURANCE ) COMPANY, ) ) Defendant. ) ) | ORDER |

**THIS MATTER** comes before the Court *sua sponte*. Due to the COVID-19 global pandemic, the trial of this matter is hereby **CONTINUED** to July 6, 2020.

Signed: April 6, 2020

Robert J. Conrad, Jr.
United States District Judge