IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00106-RJC-DSC

MALCOLM WIENER,  )
)
        Plaintiff,  )
)
v.  )  **ORDER**
)
AXA EQUITABLE LIFE INSURANCE  )
COMPANY,  )
)
        Defendant.  )

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel" (document # 50) as well as the parties' briefs and exhibits.

The Court has carefully considered the parties' arguments, the authorities and the record. Defendant argues that much of the information Plaintiff seeks is "proprietary." To the extent that Plaintiff seeks confidential business information, there is a Protective Order in place. See document #42.

However, for the other reasons stated in Defendant's brief, the Court concludes that Plaintiff is not entitled to an order compelling production. Accordingly, the Motion denied.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.   Signed: April 28, 2020

David S. Cayer
United States Magistrate Judge