UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00106-RJC-DSC

| | |
|---|---|
| MALCOLM WIENER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AXA EQUITABLE LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>) | <u>ORDER</u> |

**THIS MATTER** comes before the Court *sua sponte*. The trial of this matter is scheduled to begin on September 8, 2020. The parties filed their final witness lists on June 18 and June 19, 2020. (Doc. Nos. 64, 66.) Thereafter, the parties filed a joint motion to allow remote testimony, (Doc. No. 68), which the Court granted by oral order on June 25, 2020.

The Court hereby **ORDERS** that within seven (7) days of the date of this Order, the parties shall file supplemental witness lists that specifically identifies the witnesses who intend to testify remotely. It is further **ORDERED** that if a party intends for any witness to testify remotely, the party's final witness list shall contain an affirmation that counsel has conferred with court personnel regarding the technology systems to be used to offer remote testimony.

Signed: August 12, 2020

*Robert J. Conrad, Jr. (signature)*

Robert J. Conrad, Jr.
United States District Judge