IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:18-CV-106

| | |
|---|---|
| MALCOLM H. WIENER,<br><br>       Plaintiff,<br><br>v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY, LLC,<br><br>       Defendant. | PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF CAROLYN TALBOT SEELY |

Plaintiff Malcolm H. Wiener ("Plaintiff" or "Wiener"), by and through undersigned counsel, submits this reply in support of the Motion for Pro Hac Vice Admission of Carolyn Talbot Seely and attaches and incorporates fully herein by reference the Declaration of Carolyn Talbot Seely, which is attached hereto as Exhibit A.

This 19th day of August, 2020.

                    **SKUFCA LAW, PLLC**

                    /s/ Kerry L. Traynum
                    Kerry L. Traynum
                    N.C. State Bar No.: 32968
                    1514 S. Church Street Ste. 101
                    Charlotte, NC 28203
                    Tel 704.376.3030
                    Fax 704.376.8522
                    kerry@skufcalaw.com
                    Counsel for Plaintiff Malcolm Wiener

# CERTIFICATE OF SERVICE

I certify that the foregoing **PLAINTIFF'S REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF CAROLYN TALBOT SEELY** has been served upon counsel of record by has been served upon each of the parties to this action or their attorneys of record electronically as follows:

> Aaron C. Lang
> Cadwalader, Wickersham & Taft LLP
> 227 West Trade Street
> Charlotte, NC 28202
> aaron.lang@cwt.com
>
> Robert W. Cassot
> Morrison Mahoney LLP
> One Constitution Plaza, 10th Floor
> Hartford, CT 06103-1810
> rcassot@morrisonmahoney.com

This 19th day of August, 2020.

      **SKUFCA LAW, PLLC**

      /s/ Kerry L. Traynum
      Kerry L. Traynum
      N.C. State Bar No.: 32968
      1514 S. Church Street Ste. 101
      Charlotte, NC 28203
      Tel 704.376.3030
      Fax 704.376.8522
      kerry@skufcalaw.com
      Counsel for Plaintiff Malcolm Wiener