# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00106-RJC-DSC

| | |
|---|---|
| MALCOLM WIENER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AXA EQUITABLE LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Kristen Alexandra O'Neill]" (document #113) filed September 3, 2020. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 3, 2020

David S. Cayer
United States Magistrate Judge