# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Malcolm Wiener, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00106-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| AXA Equitable Life Insurance | ) | |
| Company, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on September 10, 2020.

September 10, 2020

Frank G. Johns, Clerk
United States District Court