IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00106-RJC-DSC

| | |
|---|---|
| MALCOLM WIENER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| AXA EQUITABLE LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Motion for Admission Pro Hac Vice and Affidavit [for David G. Webbert]" (document # 147) filed March 17, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: March 22, 2021

David S. Cayer
United States Magistrate Judge